**94–409.** Scioto Mem. Hosp. Assn., Inc. v. Price Waterhouse. *Franklin County,* No. 90AP–1124. On September 5, 1995, appellant filed additional authorities containing citations to and discussion of additional authorities. In that S.Ct.Prac.R. IX(7) permits only the filing of a list of citations to additional authorities,

IT IS ORDERED by the court, *sua sponte,* effective September 7, 1995, that appellant's additional authorities be, and hereby are, stricken.

**94–1063.** Gladon v. Greater Cleveland Regional Transit Auth. *Cuyahoga County,* No. 64029. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion of *amici curiae,* Ohio Municipal League et al., for leave to participate in oral argument scheduled for September 13, 1995,

IT IS ORDERED by the court, effective September 7, 1995, that the motion of *amici curiae* for leave to participate in oral argument be, and hereby is, granted, provided *amici curiae* share the time allotted to appellant.

**95–1306.** State ex rel. Karmasu v. Thompson. *Scioto County,* No. 94CA2260. On August 29, 1995, appellant filed a motion for relief from judgment. Appellant's motion is, in substance, a request for reconsideration of this court's entry of August 18, 1995, and, as such, is untimely. Rule XIV(1)(C) of the Rules of Practice of the Supreme Court prohibits the filing of a document that is not timely tendered for filing. Accordingly,

IT IS ORDERED by the court, *sua sponte,* effective September 7, 1995, that appellant's motion for relief from judgment be, and hereby is, stricken.

**95–1679.** State ex rel. Ricchiuto v. Reagan. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration thereof,

IT IS ORDERED by this court that an alternative writ of mandamus be, and hereby is, granted, and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present on or before September 15, 1995; relators shall file their brief on or before September 18, 1995; respondents shall file their brief(s) on or before September 21, 1995; and relators shall file their reply briefs, if any, on or before September 25, 1995.

## MISCELLANEOUS DISMISSALS

**95–1288.** State v. Calhoun. *Lorain County,* No. 94CA–005824. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. On August 2, 1995, this court granted appellant's motion for delayed appeal. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due September 1, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective September 7, 1995.